```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


JAMES EARL STINNETT,                  )
                                      )
              Petitioner,             )
                                      )
     vs.                              )    No. 4:05CV424-DJS
                                      )
JAMES PURKETT,                        )
                                      )
              Respondent.             )
```

### ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #17] is accepted and adopted.


Dated this ___31st_____ day of August, 2007.


                              /s/Donald J. Stohr
                              UNITED STATES DISTRICT JUDGE